**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| Wulferic, LLC d/b/a Vapor Lab, | |
| Plaintiff, | |
| v. | Civil Action No. 4:24-cv-01183-O |
| U.S. Food & Drug Administration, *et al.*, | |
| Defendants. | |

**Notice of Appeal**

All Defendants hereby notice their appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on August 1, 2025 (ECF No. 32).

September 29, 2025                    Respectfully submitted,

_/s/ James W. Harlow_
JAMES W. HARLOW
Acting Assistant Director
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov

1